**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6597**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWIGHT SPEARS, a/k/a Whitney,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-53)

─────────

Submitted: July 12, 2001                    Decided: July 20, 2001

─────────

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Dwight Spears, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Spears appeals the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Spears</u>, No. CR-92-53 (W.D.N.C. Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>